# United States District Court
**WESTERN DISTRICT OF NEW YORK**

---

MAIKEL JOSE RAMON PEREZ,

*Petitioner,*

v.

PHILIP L. RHONEY, in his official capacity as Acting Deputy Field Officer Director; KRISTI NOEM, in her official capacity as Secretary of Homeland Security; TODD M. LYONS, in his official capacity as Acting Director of Immigration and Customs Enforcement; and PAMELA BONDI, in her official capacity as Attorney General of the United States

*Respondents.*

1:26-CV-305-BDP
ORDER

---

On September 2, 2026, the Court granted in part and denied in part Maikel Jose Ramon Perez's Petition for a Writ of habeas Corpus and ordered the Government to provide him with a bond hearing. The Court also awarded Perez attorneys' fees and costs under the Equal Justice Act ("EJA"). On September 28, 2026, the Government moved for reconsideration, urging the Court to vacate its award of attorneys' fees and costs. In response, Perez stated that he does not oppose the Government's motion to the extent it seeks relief from the Court's award of attorneys' fees and costs.

Since the parties are in agreement, the Court hereby **GRANTS** the Government's Motion for Reconsideration (ECF No. 19). Accordingly, the Court's Order on September 2, 2026 (ECF No. 17), is vacated in part to the extent that the Court awarded Perez relief under the EJA. All other relief previously granted remains in effect. *See* ECF No. 17 at pp. 10–11.

**SO ORDERED.**

/s/ Barrington D. Parker
Hon. Barrington D. Parker Senior Circuit Judge of the U.S. Court of Appeals for the Second Circuit, sitting by designation

Dated: October 26, 2026